IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | |
|---|---|
| Daniel Proveaux, ) | |
| ) | C.A. No. 5:14-cv-02742-JMC |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER GRANTING CONSENT MOTION** |
| ) | **TO REMAND** |
| United Technologies Corporation (UTC), ) | |
| Delavan, Inc., Delavan Spray, LLC, ) | |
| Christopher Dunford, John Reddy, Robert ) | |
| Wiles, David Graham, ) | |
| ) | |
| Defendants. ) | |

The above-captioned matter is before this Court on Plaintiff's motion, with consent of Defendants, for remand of this case to the South Carolina Court of Common Pleas. After Plaintiff filed his Amended Complaint, there are no remaining federal questions over which the Court would have original jurisdiction under 28 U.S.C. § 1331. The only remaining causes of action are tort claims arising solely under State law. The parties agree and consent to placing the case back on the docket in Bamberg County to be heard by the South Carolina Circuit Court of Common Pleas, on condition that the tortious interference claim shall not be re-asserted by the plaintiff in state court. This Court now hereby orders that this action be remanded to state court.

Therefore, it is ordered, adjudged and decreed that the case be remanded to state court. The plaintiff shall not re-assert his tortious interference claim.

s/J. Michelle Childs
The Honorable J. Michelle Childs
United States District Court

August 21, 2014
Columbia, South Carolina